UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-cr-00088-JMS-MJD |
| | ) | |
| KEVIN SCOTT FRAZE (01), | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation [dkt. 25] that Kevin Scott Fraze's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation [dkt. 25]. The Court finds that Mr. Fraze committed Violation Numbers 1, 2, 3, 4, and 5, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt #'s 10 & 14]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Kevin Scott Fraze is sentenced to the custody of the Attorney General or his designee for a period of thirty (30) days imprisonment with no supervised release to follow. The sentence is to be served concurrently to the sentence received in Delaware County, Indiana under cause number 18C03-1504-F2-0001.

So ORDERED.

Date: November 7, 2016

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal